# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALLEN BROWN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:10-CV-02176-SKO<br><br>**ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER**<br><br>(Doc. 11) |

On July 27, 2011, Plaintiff filed a stipulated request for an extension of time to allow Plaintiff to file his opening brief with the Court. (Doc. 10.) Pursuant to the stipulation, the Plaintiff will file his opening brief **on or before August 1, 2011.**

This request is granted, and the scheduling order is modified as follows:

1. Plaintiff's opening brief shall be **filed on or before August 1, 2011**;

2. Commissioner's responsive brief shall be **filed on or before September 8, 2011**; and

3. Plaintiff may file a reply brief **on or before October 11, 2011**.[1]

IT IS SO ORDERED.

Dated:  July 27, 2011                /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] These dates reflect application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.